# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL HOLLEY,          :   No. 8 EM 2021

            Petitioner          :

            v.                    :

COURT OF COMMON PLEAS    :
PHILADELPHIA COUNTY,        :

            Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of March, 2021, the Application for Leave to File Original Process is GRANTED, and the "Emergency Motion to Preserve Testimony," treated as a Petition for Writ of Mandamus, is DENIED.